■ In the Matter of Kadiatou B., an Infant. Fatamatou N.-B. et al., Respondents; Administration for Children's Services, Appellant. [820 NYS2d 515]—Appeal from order, Family Court, Bronx County (Clark V. Richardson, J.), entered on or about March 7, 2005, deemed withdrawn. Preliminary appellate injunction granted, as indicated. No opinion. Order filed. Concur—Saxe, J.P., Gonzalez, Catterson, McGuire and Malone, JJ.